UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

PAUL CLARK                                                                                                   DOCKET NC

Plaintiff

Vs

| | |
|---|---|
| Jane Waters. Beth Barron. | ) |
| ·ris County District Attorney Office | ) |
| | ) |
| The Houston Police Department | ) |
| Fort Bend County sheriffs | ) |
| Children's Protective service | ) |
| Harris County sheriffs | ) |
| | ) |
| | ) |
| Trans union credit bureau. American home loans. | ) |
| Palace INN. A&P Pawn. Bristol west Insurance. | ) |
| American general finance. Country wide home loans. | ) |
| Chase manhattan mortgage. Chase home financing LLC. | ) |
| Special loan services. Option one mortgage. GMC mortgage. | ) |
| Machinery maintenance rebuilders. Wilshire financial. | ) |
| Services specialized loan. MERS. | ) |
| | ) |
| | ) |
| Mike Monks Attorney. Robert J. DeGroot attorney. | ) |
| Jeffery krongold attorney. Victor Ihezukwu attorney. | ) |
| Greg Cox attorney. Thomas c. Washmon attorney. | ) |
| Anthony Green attorney. Bill Taylor attorney | ) |
| Randy Martin attorney. | ) |
| | ) |
| | ) |
| Courtney weaver. Collins Johnson. | ) |
| Steve White. Tom George. | ) |
| Jay Nichols. Freddy White. | ) |
| John White. Gilda White. Frank R white. | ) |

(1)

**DEFENDANT (s)**

## PETITION OF COMPLAINT FOR
## CIVIL RIGHTS VIOLATION

**Comes now Paul Clark, Plaintiff pro se, and for the cause of action against Defendant (s) and states:**

1) That the plaintiff has been willfully and maliciously been harassed by the District attorney's office. Sabotage plaintiff civil Law Suit that plaintiff filed In Los Angeles CA. case#CV001559 Not Letting plaintiff Show Any Evidence Making plaintiff Look Frivolous. So plaintiff Would Not Follow Up Whit The Civil Suit plaintiff Had on Harris County As Well as the Law Suit plaintiff had on all the Attorneys that Were Involved

2) That the Harris County Police department has willfully and maliciously harassed the plaintiff. To Cover Up THE NATIONAL ASSOCIATION OF BUNCO INVESTIGATORS AKA. The Gypsy task force

3) That the plaintiff has had false charges placed against he and his family. Putting plaintiff Family in danger As an example on 10/21/09 The Houston Police department let plaintiff Wife Lisa Drake And oldest Daughter Jennifer Drake and Middle Daughter Victoria Drake get beat up on the streets Police Report#153619209-R By Freddy White And Gilda White and Jeff White As plaintiff Was Incarcerated In Harris county Jail on false

(2)

    **Charges That was dismiss. Jay Nichols and John Whit is Say that plaintiff false V.O.P.**

4) That the plaintiff was threatened with prison time if documentation was no signed in court.

5) That the plaintiff has been falsely incarcerated on kidnapping charges wherefore as the plaintiff's granddaughter ███████ was taken away from the only family she has known since birth. On July 21st 2009 they mad sure that the plaintiff grandson ███████ is separated From His brother and sister Violating His Birth Right and his civil rights they made it impossible ███████ to have a relationship whit his Family.

6) That the plaintiff and his family has been emotionally, financially, and physically scared from the harassment they had to endure.

7) That the plaintiff has had numerous charges placed against him only to hav the charges dismissed in a court of law.

8) That the plaintiff has not been able to work or feed his family because of th harassment of the district attorney's office and police department wherefor at this time he is currently unemployed and unable to provide for his family
  Putting plaintiff thru a Financial Ruins Frustration Emotional
  Mental Battle this is Tearing plaintiff Family Apart Making it
  Impossible to Live.

9) That the gross negligence of the district attorney's office and the police department the plaintiff has been severely damaged that the plaintiff reque a trial by a jury of his peers.

10) They Are Harassing And Treating Endangering And Willfully And Maliciously all The plaintiff Witness's

11) The Attorneys and individuals that where involved made it impossible to recover the lost of property. And all The business committed Bridge of Contract forgery Documents Truth In lending and Illegal Foreclosures.

herefore, plaintiff request judgment for reasonable damages in the amount to be ablished by the jury at trial.

Respectfully Submitted

*Paul Clark*

Paul Clark, Pro Se
5233 Arboles
Houston TX 77035
(626) 485-0416

(4)

## CERTIFICATE OF SERVICE

IDER THE PENALTY OF PERJURY, I PAUL CLARK, hereby CERTIFY that a copy o
)MPLAINT sent via U.S. Priority Mail to,

Plaintiff,

Paul Clark
5233 Arboles
Houston, TX 77035

Defendants

**CHILDREN'S PROTECTIVE SERVICES**
2223 WEST LOOP S # 106
HOUSTON, TX

**HOUSTON, TX POLICE DEPARTMENT**
1200 TRAVIS ST.
HOUSTON, TX

**FORT BEND COUNTY
SHERIFFS DEPARTMENT**
1410 RANSOM RD. RICHMOND, TX 77469

**HARRIS COUNTY SHERIFFS DEPARTMENT**
1200 BAKER. HOUSTON, TX 77002

**HARRIS COUNTY**
1310 PRAIRIE ST,
4TH FLOOR
HOUSTON TX 77002

TRANS UNION CREDIT BUREAU
PO BOX 6790
FULLERTON, CA 92834

AMERICA HOME LOANS
PO BOX 3050
COLUMBIA, MD 21045-6050

PALACE INN
6623 HARWIN
HOUSTON, TX 77036

GOD'S GYPSY CHURCH
2703 WALNUT GROVE AVE,
ROSEMEAD, CA 91770

GOD'S GYPSY CHURCH
801 S, BRASEWOOD BL
HOUSTON, TX 77071

PEOPLE NEED THE LORD
805 DULLES AVE.
HOUSTON, TX 77477

A&P PAWN
7915 WESTHIMER RD.
HOUSTON, TX

BRISTOL WEST INSURANCE
P.O. BOX 31029
INDEPENDENCE, OH 44131-0029

COUNTRYWIDE HOME LOANS
450 AMERICAN ST SV416
SIMI VALLEY, CA 93065

(6)

CHASE MANHATTAN MORTGAGE
3415 VISION DR.
COLUMBUS, OH 43219

CHASE HOME FINANCING LLC
3415 VISION DR.
COLUMBUS, OH 43219

SPECIALIZED LOAN SERVICES
PO. BOX 266005
LITTLETON, CO 10163

OPTION ONE MORTGAGE TX
REO-BILLIN
PO. BOX 57019
IRVINE, CA 92618

GMAC MORTGAGE
PO BOX 4622
WATERLOO, IA 50704-4622

MACHINERY MAINTENANCE REBUILDERS
6927 BITTMOORE
HOUSTON, TX 77041

WILSHIRE FINANCIAL SERVICES
PO BOX 8517
PORTLAND, OR 97207-8517

MERS
1595 SPRING HILL RD. SUITE 310
NIENNA, VIRGINIA 22182

MIKE MONKS ATTORNEY

4545 BISSONNET SUITE 125
HOUSTON (BELLAIRE), TX 77401

JANE WATERS DA
1201 FRANKLIN SUITE 600
HOUSTON, TX 77002

BETH BARRON DA
1201 FRANKLIN SUITE 600
HOUSTON, TX 77002

ROBERT J. DEGROOT ATTORNEY
56 PARK PL.
NEWARK, NEW JERSEY 07102

JEFFERY KRONGOLD ATTORNEY
450 SEVENTH AVE.
NEW YORK, NY 10123

VICTOR IHEZUKWU ATTORNEY
10039 BISSONNET, SUITE 106
HOUSTON, TX 77074

GREG COX ATTORNEY
4811 SUGAR GROVE, SUITE 100
STAFFORD, TX 77477

THOMAS C. WASHIMON ATTORNEY
WASHMON LAW FIRM PLLC
PO BOX 5846
AUSTIN, TX 78763

ANTHONY GREEN ATTORNEY
9894 BISSONETTE SUITE 740
HOUSTON, TX 77036

LOUISA PENSANTI ATTORNEY
14431 VENTURA BL. #227
SHERMAN OAKS, CA 91423

COURTNEY WEAVER
5000 BEE CAVE ROAD, SUITE 100B
AUSTIN, TX 78746

COLLINS JOHNSON
5000 BEE CAVE ROAD, SUITE 100B
AUSTIN, TX 78746

TOM GEORGE
300 PAUL-REVERE
MEMORIAL DR.
HOUSTON, TX

JAY NICOLAS
7834 VICKIJOHN DR
HOUSTON, TX

FREDDY WHITE
JOHN WHITE
GILDA WHITE
STEVE WHITE
6927 BRITMOORE
HOUSTON, TX 77041