United States Courts
Southern District of Texas
FILED

NOV 2 3 2009

Clerk of Court

| | |
|---|---|
| Paul Clark | ) |
|       Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| Jane Waters, et al | ) |
| | ) |
|       Defendants. | ) |
| | ) |

~~Misc.~~ action No.: ~~4:09-555~~

CV-H-09-3798

## *Motion*

Plaintiffs is filing a motion for a court appointed attorney

Plaintiffs is disable and cannot Read there for

Plaintiff Cannot represent Himself

11-23-09

*Paul Clark* (signature)